UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| COURTNEY L. BREEDEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:18-cv-217-PLR-CRW |
| ) | |
| WAKEFIELD & ASSOCIATES, INC., ) | Jury Trial Demanded |
| LAURA T. WEBER, RUSSELL T. FISHER, ) | |
| and AMELIA K. THOMPSON, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff Courtney L. Breeden ("Plaintiff") and Defendants Wakefield & Associates, Inc., Laura T. Weber, Russell T. Fisher, and Amelia K. Thompson, ("Defendants"), by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, each claim and count therein asserted by the Plaintiff against the Defendants in the above-styled action, with the Plaintiff and the Defendants to bear their own fees, costs, and expenses.

12/12/19                                  Respectfully submitted,

**COURTNEY T. BREEDEN**


s/      Alan C. Lee
Alan C. Lee, BPR #012700
PO Box 1357
Talbott, TN 37877-1357
(423) 581-0924 – Phone/Fax
aleeattorney@gmail.com

Attorney for Plaintiff

1

**WAKEFIELD & ASSOCIATES, INC.,
LAURA T. WEBER, RUSSEL T. FISHER,
and AMELIA K. THOMPSON**


s/       Arthur C. Grisham, Jr.
Arthur C. Grisham, Jr., BPR #017911
PO Box 24942
Chattanooga, TN 37422
(423) 777-4346
art@grisham-atty.com

Counsel for Defendants


## CERTIFICATE OF SERVICE

I hereby certify that this 12th day of December 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.


s/   Alan C. Lee
Alan C. Lee, Attorney for Plaintiff